**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Kristen C. Rodriguez, Esq. (*pro hac vice* forthcoming)
kristen.rodriguez@dentons.com
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-768-6700
Fax: 212-768-6800
*Attorneys for Defendant*
*Wiland, Inc.*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>                                  Plaintiffs,<br><br>vs.<br><br>WILAND, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                                  Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT WILAND, INC.** |

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Wiland, Inc. ("Wiland"), by and through its attorneys, Dentons US LLP, hereby states that Wiland does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DENTONS US LLP

By: */s/ Stephen M. Turner*
Stephen M. Turner, Esq.
stephen.turner@dentons.com

*Attorneys for Defendant*
*Wiland, Inc.*

Dated:   Short Hills, New Jersey
         April 1, 2024