**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Kristen C. Rodriguez, Esq. (*pro hac vice* forthcoming)
kristen.rodriguez@dentons.com
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-768-6700
Fax: 212-768-6800
*Attorneys for Defendant
Wiland, Inc.*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WILAND, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br>**APPLICATION OF WILAND, INC. FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL RULE 6.1(b)** |

Pursuant to Local Rule 6.1(b), application is hereby made for a Clerk's Order extending the time within which Wiland, Inc. ("Wiland") may answer, move or otherwise reply to the Complaint filed by Plaintiffs. It is represented that:

1

1. No previous extension has been obtained on Wiland's behalf;

2. Plaintiffs initiated this action by filing a Complaint in the Superior Court of New Jersey, Monmouth County, Law Division, on February 13, 2024 and served Wiland on or about March 4, 2024.

3. Wiland removed this action to the District of New Jersey on April 1, 2024.

4. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the time for Wiland to answer, move or otherwise reply would expire on April 8, 2024 (i.e., 7 days after removal to federal court); and

5. Wiland applies for an extension of 14 days to answer, move or otherwise reply to Plaintiffs' Complaint through April 22, 2024.

Respectfully submitted,

DENTONS US LLP

By: */s/ Stephen M. Turner*
Stephen M. Turner, Esq.
stephen.turner@dentons.com

*Attorneys for Defendant
Wiland, Inc.*

Dated:   Short Hills, New Jersey
         April 1, 2024