**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Kristen C. Rodriguez, Esq. (*pro hac vice* forthcoming)
kristen.rodriguez@dentons.com
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-768-6700
Fax: 212-768-6800
*Attorneys for Defendant*
*Wiland, Inc.*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WILAND, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No. _____<br><br><br>**NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL**<br><br>Removed from the Superior Court of New Jersey, Monmouth County, Law Division |

To:    Rajiv D. Parikh, Esq.
       rparikh@genovaburns.com
       Kathleen Barnett Einhorn
       keinhorn@genovaburns.com
       Genova Burns LLC

    494 Broad Street
Newark, New Jersey 07102

Rajiv D. Parikh, Esq.
rparikh@pemlawfirm.com
Kathleen Barnett Einhorn, Esq.
1 Boland Drive, Suite 101
West Orange, NJ 07052
PEM Law LLP

John A. Yanchunis
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

    **PLEASE TAKE NOTICE** that Defendant Wiland, Inc. hereby certifies that, on April 1, 2024, it provided notice via U.S. Mail and e-mail to Plaintiff, through counsel, of the removal of this action from the Superior Court of New Jersey, Monmouth County, Law Division, to this Court, and that all pleadings regarding the removal were served upon Plaintiff, through counsel, via U.S. Mail and e-mail.

    Respectfully submitted,

    DENTONS US LLP

    By: */s/ Stephen M. Turner*
    Stephen M. Turner, Esq.
    stephen.turner@dentons.com

    *Attorneys for Defendant*
    *Wiland, Inc.*

Dated:    Short Hills, New Jersey
            April 1, 2024