**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Kristen C. Rodriguez, Esq. (*pro hac vice* forthcoming)
kristen.rodriguez@dentons.com
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-768-6700
Fax: 212-768-6800
*Attorneys for Defendant*
*Wiland, Inc.*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> vs. <br><br> WILAND, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br><br> CIVIL ACTION NO. <br><br><br> **CERTIFICATION OF SERVICE** <br><br> Removed from the Superior Court of New Jersey, Monmouth County, Law Division |

I, Stephen M. Turner, of full age, hereby certify as follows:

1. I am an attorney at law in the State of New Jersey and an Associate with Dentons US LLP.

1

2. On April 1, 2024, I caused to be delivered via U.S. Mail and E-mail a copy of Defendant Wiland, Inc.'s Notice of Removal, together with copies of a Civil Cover Sheet, Corporate Disclosure Statement, Notice of Filing of Notice of Removal, with exhibits, to counsel for Plaintiffs, at the following addresses:

>Rajiv D. Parikh, Esq.
>rparikh@genovaburns.com
>Kathleen Barnett Einhorn
>keinhorn@genovaburns.com
>Genova Burns LLC
>494 Broad Street
>Newark, New Jersey 07102
>
>Rajiv D. Parikh, Esq.
>rparikh@pemlawfirm.com
>Kathleen Barnett Einhorn, Esq.
>1 Boland Drive, Suite 101
>West Orange, NJ 07052
>PEM Law LLP
>
>John A. Yanchunis
>jyanchunis@forthepeople.com
>201 N. Franklin Street, 7th Floor
>Tampa, Florida 33602

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

>Respectfully submitted,
>
>DENTONS US LLP
>
>By: */s/ Stephen M. Turner*
>Stephen M. Turner, Esq.
>stephen.turner@dentons.com
>
>*Attorneys for Defendant*
>*Wiland, Inc.*

Dated:   Short Hills, New Jersey
         April 1, 2024

2