**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Kristen C. Rodriguez, Esq. (*pro hac vice* pending)
kristen.rodriguez@dentons.com
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-768-6700
Fax: 212-768-6800
*Attorneys for Defendant*
*Wiland, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WILAND, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 1:24-cv-04442-HB<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF KRISTEN C. RODRIGUEZ** |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 101.1(c) of the United States

District Court for the District of New Jersey, Defendant Wiland, Inc. ("Wiland"), by and through their undersigned counsel, will move at such time as is designated by the Court, before the Honorable Harvey Bartle III, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, pursuant to the Local Rules of the United States District Court of the District of New Jersey, for an Order admitting Kristen C. Rodriguez of Dentons US LLP, *pro hac vice* in the above-captioned matter as counsel for Defendant.

　　PLEASE TAKE FURTHER NOTICE that in support of this Application, Wiland shall rely upon the accompanying Certification of Stephen M. Turner, a member of the Court and a senior managing associate with Dentons US LLP and the Certification of Kristen C. Rodriguez submitted herewith.

　　PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: April 10, 2024

　　　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　By: /s/ *Stephen M. Turner*
　　　　　　　　　　　　　　　　　　Stephen M. Turner