UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WILAND, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-04442-HB<br><br><br><br>[PROPOSED] **ORDER ADMITTING KRISTEN C. RODRIGUEZ *PRO HAC VICE*** |

This matter having been brought before the Court by Defendant Wiland, Inc.'s ("Wiland"), Motion for an Order admitting Kristen C. Rodriguez of Dentons US LLP, *pro hac vice* in the above-captioned matter as counsel for Wiland pursuant to Local Rule 101.1(c) and the Court having reviewed and considered the parties' submission,

IT IS this 10th day of April, 2024 hereby

**ORDERED** that Kristen C. Rodriguez, Esquire, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Stephen M. Turner, Esquire, or another member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the

Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to Local Civil Rule 101.1(c)(2), Ms. Rodriguez shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 for each calendar year this matter is pending; and it is further

**ORDERED** that, pursuant to Local Civil Rule 101.1(c)(2), Ms. Rodriguez shall make a payment of $250.00, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Ms. Rodriguez, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1 and Local Civil Rule 104.1; and it is further

**ORDERED** that, pursuant to Local Civil Rule 101.1(c)(4), Ms. Rodriguez shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, New Jersey Court Rule 1:21-7, as amended.

Dated: April 10, 2024

*Harvey Bartle III*
Honorable Harvey Bartle III, U.S.D.J.