UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**          **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell     **DOCKET #** CV 24-4442 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
    v.
WILAND, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:46 PM                Time Adjourned: 3:48 PM

Total:  2 minutes

                                                            s/ *David Bruey*
                                                            **DEPUTY CLERK**