# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                         Plaintiff,

v.                                          Case No.: 1:24–cv–04442–HB
                                          Judge Harvey Bartle (EDPA), III

WILAND, INC.,, et al.

                         Defendant.

Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728–1266

State No: MON–L–000577–24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                          Very truly yours,

                                          CLERK OF COURT
                                          By Deputy Clerk, tf

encl.
cc: All Counsel